UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
YANIRA LUNA SANCHEZ, :
:
                    Plaintiff, :      23-CV-0028 (JMF) (OTW)
:
     -v- :
:      ORDER
:
KILOLO KIJAKAZI, *Acting Commissioner of Social* :
*Security*, :
:
                  Defendant. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    Leave to proceed in this Court without prepayment of fees is authorized. *See* 28 U.S.C. § 1915. The Clerk of Court is directed to terminate ECF No. 3.

    SO ORDERED.

Dated: January 4, 2023
       New York, New York
                                          JESSE M. FURMAN
                                          United States District Judge