UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------- X
:
YANIRA LUNA SANCHEZ,                                                   :
:
                            Plaintiff,           :      23-CV-0028 (JMF) (OTW)
:
             -v-                                 :      ORDER OF REFERENCE
:      TO A MAGISTRATE
KILOLO KIJAKAZI, *Acting Commissioner of Social* :      JUDGE
*Security*,                                      :
:
                            Defendant.           :
:
---------------------------------------------------------------------- X

JESSE M. FURMAN, United States District Judge:

   This action is referred to the assigned Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| ___ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute: _____ | ___ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____ |
| ___ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ | Habeas Corpus |
| | | _X_ | Social Security |
| ___ | Settlement | | |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation). Particular Motion: _____ |

SO ORDERED.

Dated: January 4, 2023                    _____
       New York, New York                        JESSE M. FURMAN
                                              United States District Judge