**U.S. Department of Justice**



*United States Attorney*
*Southern District of New York*
*Civil Division*

*c/o Office of the General Counsel*
*Social Security Administration*
*6401 Security Boulevard*
*Baltimore, MD 21235*

January 23, 2023

BY CM/ECF

Hon. Jesse M. Furman
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

Re: *Yanira Luna Sanchez v. Acting Commissioner of Social Security*, No. 23-cv-00028-JMF-OTW

Dear Judge Oetken:

This Office represents the Acting Commissioner of Social Security (Commissioner), Defendant in the above-referenced action. We write respectfully in response to this Court's Order dated January 4, 2023, requiring the parties to discuss whether they are willing to consent to conduct all further proceedings before Magistrate Judge Ona T. Wang, and ordering Defendant to submit either a Notice of Consent, or a letter advising the Court that the parties do not consent, by January 19, 2023 (ECF No. 9). A Notice of Consent signed by the counsel to the parties was filed today in connection with this letter (ECF No. 13). Upon review of the filed version, however, the undersigned found a formatting error in the document. An Amended Notice of Consent was subsequently prepared and filed (ECF No. 14).

With Plaintiff's consent, I respectfully request that the Court grant, *nunc pro tunc,* an extension of the time to respond to the January 4 order until today, January 23, 2023. I additionally request that the Court strike ECF No. 13 from the docket and accept ECF No. 14 in its place.

I apologize for the failure to timely respond to the Court's January 4, 2023 Order. I was notified of the commencement of this Social Security action on January 5, 2023, and immediately entered my appearance. Regrettably, I inadvertently overlooked the Court's order until near the deadline to comply. Consequently, while the I immediately took steps to comply with the order after becoming cognizant of it, the parties were unable to come to an agreement by the deadline. In the future, I will carefully review the docket for any orders entered at the time I submit a Notice of Appearance.

Thank you for Your Honor's consideration.

Respectfully,

DAMIAN WILLIAMS
United States Attorney

By: */s/ Victoria S. Treanor*

Special Assistant United States Attorney
tel. (212) 264-2524
Email: victoria.treanor@ssa.gov

Application GRANTED. The Clerk of Court is directed to terminate ECF No. 15.

SO ORDERED.

January 24, 2023