**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
YANIRA L.S.,

                Plaintiff,                          23 **CIVIL** 0028 (GRJ)

      -v-                                  **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Decision and Order dated October 10, 2023, Plaintiff's Motion for Judgment

on the Pleadings (Docket No. 19) is GRANTED; the Commissioner's Motion for Judgment on

the Pleadings (Docket No. 22) is DENIED; and this case is REMANDED for further proceedings

consistent with the Decision and Order;  accordingly, the case is closed.

**Dated:** New York, New York
          October 10, 2023

                                      **RUBY J. KRAJICK**
                              —————————————————
                                   **Clerk of Court**

        **BY:**                  K. mango
                                —————————————————
                                   **Deputy Clerk**